IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ORESTES RODRIGUEZ,

       Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4209

Opinion filed March 5, 2015.

Petition for Writ of Certiorari—Original Jurisdiction.

Orestes Rodriguez, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

MARSTILLER, RAY, and SWANSON, JJ., CONCUR.